■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOCK MACK, Appellant. [711 NYS2d 806] —Judgment unanimously modified on the law and as modified affirmed in accordance with the following Memorandum: Defendant was convicted following a jury trial of two counts of aggravated harassment of an employee by an inmate (Penal Law § 240.32) arising out of his throwing urine and/or feces on two correction officers. He was sentenced to consecutive terms of imprisonment of 2½ to 5 years and fined $5,000 on each count. Upon our review of the record, we conclude that the evidence is legally sufficient to support the conviction (*see, People v Taylor,* 94 NY2d 910; *People v Bleakley,* 69 NY2d 490, 495).

Defendant's contention that the People's expert witness was not properly qualified as an expert is not preserved for our review (*see,* CPL 470.05 [2]; *People v Stabell,* 270 AD2d 894; *People v Highsmith,* 254 AD2d 768, 769, *lv denied* 92 NY2d 983, 1033). In any event, there is no merit to that contention. The record establishes that the witness was qualified to provide opinion testimony (*see, People v Stabell, supra*).

Defendant also failed to preserve for our review his contention that County Court's charge on intent impermissibly shifted the burden of proof to defendant (*see, People v McKenzie,* 67 NY2d 695, 697; *People v Thomas,* 50 NY2d 467). In any event, the court properly instructed the jury that the presumption was permissive and did not shift the burden of proof to defendant (*see, People v McKenzie, supra,* at 696-697).

Because the two offenses were committed through a single act, the imposition of consecutive sentences of imprisonment and two fines was improper (*see,* Penal Law § 70.25 [2]; § 80.15). Thus, we modify the judgment by providing that the sentences run concurrently and by vacating the fine imposed on the second count of the indictment (*see, People v Taylor,* 197 AD2d 858, 859). (Appeal from Judgment of Cayuga County Court, Contiguglia, J.—Aggravated Harassment of Employee by Inmate.) Present—Pigott, Jr., P. J., Pine, Hurlbutt, Scudder and Kehoe, JJ.